IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CR-00048-RJC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MANUEL BERNARDO MARTINEZ, JR. (9) | ) | |
| CINDY SANTILLAN (11) | ) | |
| DANIEL SANTILLAN (12) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 316), the Indictment, (Doc. No. 3), without prejudice, as to the above listed defendants following their guilty pleas to Informations filed in separate cases.

**IT IS ORDERED** that the Government's motion, (Doc. No. 316), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice as to the defendants listed above.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 28, 2019

Robert J. Conrad, Jr.
United States District Judge